■ In the Matter of PELICAN POINT LLC, Respondent, v JERRY HOOVER, as Chair of Zoning Board of Appeals of Town of

Gorham, et al., Appellants. [864 NYS2d 378]—Motion for leave to appeal to the Court of Appeals denied. Present—Martoche, J.P., Smith, Peradotto, Pine and Gorski, JJ.